**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ETG Fire, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1808724** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7700 E. Iliff Ave** **#G** **Denver, CO 80231** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Arapahoe** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://www.etgfire.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ETG Fire, LLC**                                                    Case number (*if known*)
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5414

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **ETG Fire, LLC**                                                    Case number (*if known*)
          Name

**10.  Are any bankruptcy cases**
      **pending or being filed by a**         ■ No
      **business partner or an**              □ Yes.
      **affiliate of the debtor?**

List all cases. If more than 1,          Debtor _____     Relationship _____
attach a separate list
                                         District _____ When _____  Case number, if known _____

**11.  Why is the case filed in**        *Check all that apply:*
      *this district?*
                                         ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                         □   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**          ■ No
      **have possession of any**          □ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                                 □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                     What is the hazard? _____
                                                 □ It needs to be physically secured or protected from the weather.
                                                 □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                                 □ Other _____
                                                 **Where is the property?** _____
                                                                            Number, Street, City, State & ZIP Code

                                                 **Is the property insured?**
                                                 □ No
                                                 □ Yes.   Insurance agency _____
                                                          Contact name _____
                                                          Phone _____

■  **Statistical and administrative information**

**13.  Debtor's estimation of**  .       *Check one:*
      **available funds**
                                         ■ Funds will be available for distribution to unsecured creditors.

                                         □ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     □ 1-49              □ 1,000-5,000          □ 25,001-50,000
      **creditors**              □ 50-99             □ 5001-10,000          □ 50,001-100,000
                                 □ 100-199           □ 10,001-25,000        □ More than100,000
                                 ■ 200-999

**15.  Estimated Assets**        □ $0 - $50,000              ■ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                                 □ $50,001 - $100,000        □ $10,000,001 - $50  million    □ $1,000,000,001 - $10 billion
                                 □ $100,001 - $500,000       □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                                 □ $500,001 - $1 million     □ $100,000,001 - $500 million   □ More than $50 billion

**16.  Estimated liabilities**   □ $0 - $50,000              ■ $1,000,001 - $10 million      □ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor    **ETG Fire, LLC**
          Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **ETG Fire, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

<hr>

███  **Request for Relief, Declaration, and Signatures**

<hr>

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/20/2024
<br>MM / DD / YYYY

**X**  */s/ Torrence Henry*                                        **Torrence Henry**
<br>Signature of authorized representative of debtor                Printed name

Title  **President & CEO, ETG Fire, LLC**

<hr>

**18. Signature of attorney**

**X**  *Amalia Y. Sax-Bolder*                    Date  06/20/2024
<br>Signature of attorney for debtor                       MM / DD / YYYY

**Amalia Y. Sax-Bolder, 54959**
<br>Printed name

**Brownstein Hyatt Farber Schreck, LLP**
<br>Firm name

**675 15th Street, Suite 2900 Denver, CO 80202**
<br>Number, Street, City, State & ZIP Code

Contact phone  **(303) 223-1100**     Email address  **asax-bolder@bhfs.com**

**54959 CO**
<br>Bar number and State